

**ORDERED in the Southern District of Florida on July 27, 2026.**

**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**IN RE:**                                                           **CASE NO.: 26-16120-MAM**
                                                                      **CHAPTER 7**

**Lisa Wildstein,**
       **Debtor.**
_____/

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

THIS CASE came on consideration without a hearing on SELENE FINANCE LP, AS SERVICER IN FACT FOR U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST's ("Secured Creditor") Motion for Relief from Stay (Docket No. 36), the movant by submitting this form of order has represented that the motion was served on all required parties; the 14-day response time provided by Local Rule 9013-3(c) has expired; no one has filed, or served on the movant, a response to the motion; and this form of order was attached as an exhibit to the motion. Accordingly, it is:

**ORDERED**:

1. Secured Creditor's Motion for Relief from Automatic Stay is GRANTED.

2. The automatic stay imposed by 11 U.S.C. § 362 is terminated as to the Secured Creditor's interest in the following property located 13159 Artisan Cir, Palm Beach Gardens, Florida 33418 in Palm Beach County, Florida, and legally described as:

LOT 295, ARTISTRY, ACCORDING TO THE MAP OR PLAT THEREOF, AS RECORDED IN PLAT BOOK 125, PAGE 26, OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA.

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing Secured Creditor to exercise any and all *in rem* remedies against the property described above. Secured Creditor shall not seek an *in personam* judgment against Debtors.

4. Secured Creditor is further granted relief in order to contact the Debtors by telephone or written correspondence in order to discuss the possibility of a forbearance agreement, loan modification, refinance agreement or loan workout/loss mitigation agreement.

5. Attorneys' fees in the amount of $1,225.00 and costs in the amount of $199.00 are awarded for the prosecution of this Motion for Relief from Stay, but are not recoverable from the Debtor(s) or the Debtor(s)' Bankruptcy estate.

###

Submitted by:

Giselle Velez, Esquire
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901, Ext 1493
Facsimile: 561-997-6909
Email: gvelez@raslg.com

Giselle Velez, Esquire is directed to serve copies of this order on the parties listed and file a certificate of service.